

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00122-CV

VIVEKA HUBBARD, Appellant

V.

TERRANCE HUBBARD, Appellee

Appeal from the 310th District Court of Harris County (Tr. Ct. No. 2013-74561)

**TO THE 310TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of December, 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant, Viveka Hubbard, has neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.
>
> It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal. It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered December 30, 2014.
>
> Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 13, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

